JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN HUNTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; AND DOES 1 TO 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: CV 18-9645-DMG (JEMx)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE [19]** |

Pursuant to the parties' stipulation, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: August 5, 2019

　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1